HEDDEN CONSTRUCTION COMPANY, Respondent, *v.* THE ROSSITER REALTY COMPANY, Appellant.

*Hedden Construction Co.* v. *Rossiter Realty Co.*, 136 App. Div. 601, affirmed.

(Argued March 29, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for extra work alleged to have been performed in connection with a building contract.

*William H. Harris* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT. VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

WATSON H. WHIPPLE, Respondent, *v.* LYONS BEET SUGAR REFINING COMPANY, Appellant.

*Whipple* v. *Lyons Beet Sugar Refining Co.*, 137 App. Div. 881, affirmed.

(Argued March 30, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action on contract.

*Charles P. Williams* for appellant.

*Irving L'Hommedieu* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.